On petition for review filed August 26, petition for review allowed; decision of the Court of Appeals vacated; case remanded to the Court of Appeals for further consideration October 23, 1997

## WASHINGTON COUNTY,
*Respondent on Review,*

*v.*

## LAND CONSERVATION AND DEVELOPMENT COMMISSION,
*Respondent,*

*and*

## MCKAY CREEK VALLEY ASSOCIATION,
*Petitioner on Review.*

(CA A91703 (Control))

## Bruce BERGEY,
*Respondent on Review,*

*v.*

## LAND CONSERVATION AND DEVELOPMENT COMMISSION,
*Respondent,*

*and*

## MCKAY CREEK VALLEY ASSOCIATION,
*Petitioner on Review.*

(CA A91734; SC S44486)

947 P2d 206

F. Blair Batson, Portland, filed the petition for petitioner on review.

No appearance *contra.*

Before Carson, Chief Justice, and Gillette, Van Hoomissen, Fadeley, Graber, and Durham, Justices.**

## MEMORANDUM OPINION

_____

** Kulongoski, J., did not participate in the consideration or decision of this case.

The petition for review is allowed. The decision of the Court of Appeals is vacated. The case is remanded to the Court of Appeals for further consideration in light of *Lane County v. LCDC*, 325 Or 569, 942 P2d 278 (1997).